**No. 10-5260. Richard Henry Geffken, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 806, 131 S. Ct. 267, 178 L. Ed. 2d 8, 2010 U.S. LEXIS 7783.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-5309. Rudy Stanko, Petitioner v. Ricardo Rios, Warden, et al.**

562 U.S. 806, 131 S. Ct. 279, 178 L. Ed. 2d 8, 2010 U.S. LEXIS 7824.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Eighth Circuit dismissed. See Rule 39.8.

Same case below, 366 Fed. Appx. 725.

**No. 10-5345. Donald Ray McCray, Petitioner v. Clerk of the Court.**

562 U.S. 806, 131 S. Ct. 281, 178 L. Ed. 2d 8, 2010 U.S. LEXIS 7735.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-5365. Gerard D. Grandoit, Petitioner v. Benjamin J. Gilson, et al.**

562 U.S. 807, 131 S. Ct. 284, 178 L. Ed. 2d 8, 2010 U.S. LEXIS 7818.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the First Circuit dismissed. See Rule 39.8.